**DISMISS and Opinion Filed April 12, 2024**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00741-CV**

**BAYLOR SCOTT & WHITE HEALTH, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE D/B/A BAYLOR SCOTT AND WHITE MEDICAL CENTER–GRAPEVINE, SARAH HOLLOWAY, R.N., JOSHUA JOSEPH, R.N., AND KATHARYN VIL, R.N., Appellants**
**V.**
**DEANA BRIDGES, SHANA BRIDGES AND JIMMY BRIDGES, INDIVIDUALLY, AND AS WRONGFUL DEATH BENEFICIAIRIES, HEIRS AND REPRESENTATIVES OF THE ESTATE OF SHEILA BRIDGES, DECEASED, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-16354**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Garcia

Before the Court is appellants' motion to dismiss this appeal based on settlement. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Dennise Garcia/
DENNISE GARCIA
230741F.P05                                  JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BAYLOR SCOTT & WHITE HEALTH, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE D/B/A BAYLOR SCOTT AND WHITE MEDICAL CENTER--GRAPEVINE, SARAH HOLLOWAY, R.N., JOSHUA JOSEPH, R.N., AND KATHARYN VIL, R.N. , Appellants

No. 05-23-00741-CV          V.

DEANA BRIDGES, SHANA BRIDGES AND JIMMY BRIDGES, INDIVIDUALLY, AND AS WRONGFUL DEATH BENEFICIARIES, HEIRS AND REPRESENTATIVES OF THE ESTATE OF SHEILA BRIDGES, DECEASED, Appellees

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-16354. Opinion delivered by Justice Garcia, Justices Breedlove and Kennedy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs, if any, of this appeal.

Judgment entered April 12, 2024.